# Court of Appeals
# of the State of Georgia

ATLANTA,  June 05, 2025

*The Court of Appeals hereby passes the following order:*

**A25A0502.  JOHN EDWARD CHAMPION v. JANE RATLIFF.**

On August 19, 2024, this Court granted John Edward Champion's application for discretionary appeal in this divorce action.  Upon our full review of the case, including consideration of the complete record on appeal, we have determined that the trial court did not abuse its discretion in denying Champion's motion for new trial. Accordingly, the appeal is hereby DISMISSED as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/05/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*